UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| Ronald S. Bryant,<br>Deborah Bryant,<br>           Appellants,<br><br>    v.<br><br>Bank of America,<br>           Appellee. | **JUDGMENT**<br><br>No. 7:11-CV-253-BR |

**Decision by Court.**

This action came before Senior US District Judge W. Earl Britt for consideration of the parties' briefs regarding the appeal from the US Bankruptcy Court, Eastern District of North Carolina.

**IT IS ORDERED, ADJUDGED AND DECREED** that the 4 October 2011 Order of the Bankruptcy Court of the Eastern District of North Carolina is AFFIRMED.

**This judgment filed and entered on May 23, 2012, and served on:**

Ronald S. Bryant (via US Mail at 220 Sunrise Ridge Road, Vilas, NC 28692)
Deborah Bryant (via US Mail at 220 Sunrise Ridge Road, Vilas, NC 28692)
D. Kyle Deak (via CM/ECF Notice of Electronic Filing)
Algernon L. Butler, III (via CM/ECF Notice of Electronic Filing)

May 23, 2012                                                         /s/ Julie A. Richards,
                                                                                     Clerk of Court